2.16-CR-59-GZS

SCANNED

## SYNOPSIS

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2016 APR 27 P 4: 53

DEPUTY CLERK

| Name: | Douglas Blodgett | |
|---|---|---|
| **Address:** (City & State Only) | Lewiston, Maine | |
| **Year of Birth and Age:** | 1970 (45 years old) | |
| **Violation:** | Count 1: | Accessing with intent to view child pornography. 18 U.S.C. § 2252A(a)(5)(B). |
| **Penalties:** | Count 1: | Class C felony. Not less than 10 years, not more than 20 years imprisonment, and/or not more than a $250,000 fine. (Enhanced terms of imprisonment because of prior sex offense conviction). 18 U.S.C. § 2252A(b)(2). |
| **Supervised Release:** | Count 1: | At least 5 years, maximum of life. 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 2 years. 18 U.S.C. § 3583(e)(3). But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of imprisonment of not less than 5 years. 18 U.S.C. § 3583(k). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Life. 18 U.S.C. § 3583(k). |

| | |
|---|---|
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | Homeland Security Investigations Special Agent David C. Fife |
| **Detention Status:** | Defendant to be arrested, detention motion to be filed. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100. 18 U.S.C. § 3013(a)(2)(A). $5000, if Defendant is found to be non-indigent. 18 U.S.C. § 3014(a). |