# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA**       ) | |
| )                                  | **Criminal No.  2:16-cr-59-GZS** |
| **v.**                           ) | |
| )                                  | |
| )                                  | |
| **DOUGLAS BLODGET**              ) | |

## PROSECUTION VERSION

If the United States were to proceed to trial on the indictment in this case, it would prove the following.

On March 2, 2016, from a computer at his residence in Lewiston, Maine, Douglas Blodgett used the internet to accessed various child pornography content with the intent to view images of child pornography.  Specifically, through his internet browsers and other means, Blodgett used Internet Relay Chat (IRC) chatrooms to find child pornography.[1] Among the IRC channels that he accessed were ones named "Dollnet" and "Undernet."  Within these channels, Blodgett visited chatrooms with names such as "Teenwankin," "Little Treats," Familychat," "Imgur," and "Dad Daughter."

The government would establish the above facts through evidence obtained in a forensic search of Blodgett's computer and through admissions that Blodgett made to investigators. Specifically, when agents executed a search warrant on Blodgett's residence and computer on March 4, 2016, they uncovered forensic evidence in the form of Internet addresses which were

---

[1] IRC is a text-based means of communication over the internet. It is primarily designed for group communication in discussion forums, called "channels." There are many different programs that allow individuals to access IRC channels. IRC users can also send private messages to one another.

traced and determined to be images of child pornography.  Agents interviewed Blodgett at the time they executed the search warrant and he admitted, among other things, visiting the above-named IRC channels and chat rooms.

THOMAS E. DELAHANTY, II
UNITED STATES ATTORNEY

/s/ Jonathan R. Chapman

Date:   8/18/2016

Jonathan R. Chapman
Assistant United States Attorney
100 Middle Street, East Twr., 6th Fl.
Portland, ME  04101
(207) 780-3257
Jon.chapman@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on August 18, 2016, I electronically filed Prosecution Version with the Clerk of Court using the CM/ECF system which will send notifications of such filing(s) to all counsel of record, including the following:

Clifford Strike, Esq.

Thomas E. Delahanty II
United States Attorney

/s/ Jonathan R. Chapman
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME  04101
(207) 780-3257
Jon.Chapman@usdoj.gov